Commonwealth *v.* Seibert, Appellant.

Submitted June 16, 1975. *Frederick S. Wolf,* and *Beaver, Wolf & Harlan,* for appellant; *Frederick S. Wolfson,* Assistant District Attorney, and *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Seville, Appellant.

Submitted March 24, 1975. *A. Anthony Kilkuskie* and *Louis R. Rizzuto,* Assistant Public Defenders, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.